IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Cr. No. 2011-28 |
| ) | |
| vs. ) | |
| ) | |
| ASHU BANDARI ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The defendant, by consent, appeared before me on March 12, 2012, pursuant to Federal Rule of Criminal Procedure 11, LRCr 1.2. and LRCi 72.3, and has entered a plea of guilty to Counts One through Six of the Bill of Information, violations of 18 U.S.C. §1001(a)(3) and 18 U.S.C. §2.

After considering the Government's Memorandum in Support of the Unopposed Motion to Refer the Revised Plea Agreement to the Magistrate for Review and an Explanation of the Revised Plea Agreement (ECF 49), the Revised Please Agreement (ECF 48), and cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was made knowingly and voluntarily as to each count, and that the offenses charged were supported by an independent basis in fact containing each of the essential elements of each such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Date: March 13, 2012

United States Magistrate Judge

### NOTICE

Failure to file written objections to the Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge, 28 U.S.C. Section 636(b)(1)(B), LRCi. 72.3, 72.4.