DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      v.                        )     Criminal No. 2011-28
                                )
ASHU BHANDARI,                  )
                                )
            Defendant.          )
_____ )

ATTORNEYS:

**Christopher Hale, Esq.**
United States Attorney's Office
Washington, D.C.
**Nelson Luis Jones, Esq.**
United States Attorney's Office
St. Thomas, VI
      *For the plaintiff United States of America,*

**Treston E. Moore, Esq.**
Moore Dodson & Russell, P.C.
St. Thomas, VI
**Mark A. Srere**
Bryan Cave LLP
Washington, D.C.
      *For defendant Ashu Bhandari.*

## ORDER

GÓMEZ, C.J.

Before the Court is the Report and Recommendation of the
Magistrate Judge. The Magistrate Judge recommends that the
defendant Ashu Bhandari's ("Bhandari") plea of guilty to Counts
One through Six of the Bill of Information be accepted.

On September 1, 2011, Bhandari and the United States of
America (the "Government") entered into a plea agreement

*United States v. Bhandari*
Criminal No. 2011-28
Order
Page 2

pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) (the

"First Plea Agreement").

On September 21, 2011, the Court held a change of plea

hearing. At that hearing, the Court rejected the First Plea

Agreement. Bhandari then declined to plead guilty.

On February 15, 2012, Bhandari and the Government entered

into a revised plea agreement (the "Revised Plea Agreement").

The Revised Plea Agreement is virtually identical to the First

Plea Agreement, aside from an expansion of range of fines the

Court could impose and an alteration to the fine payment

schedule.

A change of plea hearing was held before the Magistrate

Judge on March 12, 2012. After cautioning and examining the

defendant under oath concerning each of the subjects mentioned

in Federal Rule of Criminal Procedure 11 ("rule 11"), the

Magistrate Judge found that the guilty plea was knowingly and

voluntarily made as to each count, and that the offenses were

supported by an independent basis in fact containing each of the

essential elements of each such offense. The Court agrees with

the Magistrate Judge's Report and Recommendation. Accordingly,

Bhandari's plea of guilty will be accepted.

The Court hastens to note that acceptance of Bhandari's

guilty plea does not equate to or imply acceptance of the

*United States v. Bhandari*
Criminal No. 2011-28
Order
Page 3

Revised Plea Agreement. Indeed, it is well established that

"acceptance of [a] plea d[oes] not equate to an acceptance of

the [plea] agreement." *United States v. Blakeslee*, 423 Fed.

App'x 136, 142 (3d Cir. 2011) (citing *United States v. Hyde*, 520

U.S. 670, 674 (1997)). A district court is free to "accept the

guilty plea and later accept or reject the agreement." *Id.* at

141. Thus, to be clear, the Revised Plea Agreement is not

accepted.

The premises considered, it is hereby

**ORDERED** that the Report and Recommendation of the

Magistrate Judge is **ADOPTED;** and it is further

**ORDERED** that the defendant Ashu Bhandari's plea of guilty

to Counts One, Two, Three, Four, Five, and Six of the Bill of

Information is **ACCEPTED**;

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED** that the

defendant Ashu Bhandari be and he is hereby adjudged guilty of

the offenses in Counts One, Two, Three, Four, Five, and Six of

the Bill of Information.

S_____
         **Curtis V. Gómez**
         **Chief Judge**